UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br> v. <br> MISSION NATIONAL BANK, <br><br> Defendant. | NO. C12-4960 NC <br><br> Ctrm: A      A <br><br> Judge: The Hon. Nathanael Cousins <br> Date Action Filed: September 24, 2012 <br> Trial Date: None <br><br> [PROPOSED] ORDER |

IT IS HEREBY ORDERED that:

1. The last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan and further documents as stated in the Court's Setting Initial Case Management Conference and ADR Deadlines is January 23, 2013.

2. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement is February 6, 2013.

////
////
////
////

KNAPP, PETERSEN & CLARKE

-1-

1596040.1 08000/00965

3. The Initial Case Management Conference is continued from December 26, 2012 to February 13, 2013, at 10:00 a.m.

Dated: December _14_, 2012

_____
The Hon. Nathanael Cousins
Judge, United States District Court

**KNAPP, PETERSEN & CLARKE**

-2-

1596040.1 08000/00965